# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Rudy Lee Wahchumwah     Docket No.    2:11CR02090-001

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rudy Lee Wahchumwah who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima, Washington, on the 22nd day of July 2011 under the following conditions:

**Special Condition # 29:** Defendant shall be restricted to his/her residence at all times except for: attorney visits; Court appearances; case-related matters; Court-ordered obligations; or other activities as pre-approved by the Pretrial Services Officer or supervising officer, as well as: employment; religious services and medical, substance abuse, or mental health treatment.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Wahchumwah is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington by being away from his residence without prior permission on August 26, 27, and 28, 2011.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| by | Executed on: 08/31/2011 |
|  | s/Jose Zepeda |
|  | Jose Zepeda<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

                                         S/ CYNTHIA IMBROGNO
                                         Signature of Judicial Officer
                                         9/1/2011
                                           Date