PROB 12C  
(7/93)

Report Date: October 17, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2014

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rudy Lee Wahchumwah        Case Number: 0980 2:11CR02090-WFN-1

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 5, 2012

Original Offense:       Failure to Register as a Sex Offender, 18 U.S.C. § 2250

Original Sentence:      Prison 27 months              Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Alexander Carl Ekstrom        Date Supervision Commenced: June 13, 2014

Defense Attorney:       Alex B. Hernandez, III        Date Supervision Expires: June 12, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising probation officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising probation officer.<br><br>**Supporting Evidence**: Mr. Wahchumwah had unapproved contact with his children on or about October 10 and 14, 2014.<br><br>On October 16, 2014, a Child Protective Service investigation report was received alleging Mr. Wahchumwah had contact with his minor aged children. |
| 2 | **Special Condition # 21**: You shall not reside or loiter within 1,000 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.<br><br>**Supporting Evidence**: Mr. Wahchumwah was seen picking up his children at the Wapato Middle School on October 10 and 14, 2014. |

Prob12C
Re: Wahchumwah, Rudy Lee
October 17, 2014
Page 2

3 **Special Condition # 23**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

 **Supporting Evidence**: Mr. Wahchumwah failed to submit to random urinalysis testing at Merit Resource Services on October 16, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 17, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/20/14

Date