PROB 12C
(6/16)

Report Date: October 25, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rudy Lee Wahchumwah                Case Number: 0980 2:11CR02090-SMJ-1

Address of Offender: 3021 Signal Peak Rd, White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr. U.S. District Judge

Date of Original Sentence: March 5, 2012

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250 | |
| Original Sentence: | Prison 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: June 13, 2014 |
| Defense Attorney: | Alison Klare Guernsey | Date Supervision Expires: June 12, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On October 21, 2016, Mr. Wahchumwah failed to appear for a polygraph examination.<br><br>On October 18, 2016, this officer called the polygrapher and scheduled Mr. Wahchumwah for an examination at 1 p.m. on October 21, 2016. On this same day this officer called Mr. Wahchumwah and informed him of the time and date of this examination. Although Mr. Wahchumwah stated he understood and was aware of the polygrapher's address he failed to report as directed. |
| 2 | **Special Condition # 20**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising probation officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising probation officer. |

**Supporting Evidence**: On September 28, and October 21, 2016, this officer found Mr. Wahchumwah to be in the presence of children under the age of 18 at his residence.

On September 28, 2016, this officer conducted a home visit with Mr. Wahchumwah. A male approximately the age of 10 answered the door. This officer asked the child if Mr. Wahchumwah was home, and he stated "yes, he is sleeping." This officer asked the boy if he would please get Mr. Wahchumwah so he could speak with this officer. When Mr. Wahchumwah came to the door, and this officer asked who the boy was. He stated he was his grandson and his wife had brought him over because his daughter was arrested and the wife had a medical appointment and could not take the boy with her.

On October 21, 2016, this officer made contact with Mr. Wahchumwah at his residence. While approaching the home, this officer could hear the voices of what appeared to be children, both male and female. While knocking on the door, this officer heard running from the front of the residence to the back of he home. When Mr. Wahchumwah answered the door this officer asked him where the children were. He stated they were in the back room. This officer directed him to take me to them. In the second bedroom of the residence this officer found six people, two persons over 18 and four minor children ages 2, 3, 13, and 14. The 13 and 14-year-old children were female and the 2 and 3-year-old appeared to be female as well.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Jonathan G. Barcom

October 25, 2016

Jonathan G Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

10/26/2016
Date