PROB 12C
(6/16)

Report Date: May 31, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Rudy Lee Wahchumwah | Case Number: 0980 2:11CR02090-SMJ-1 |
| Address of Offender: | Spokane, Washington 99224 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: March 5, 2012 | Date of Revocation Sentence: November 23, 2016 |
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250 |
| Original Sentence: Prison - 27 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: Prison - 13 months<br>TSR - 23 months | |
| Asst. U.S. Attorney: Ian Lloyd Garriques | Date Supervision Commenced: October 3, 2017 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: September 2, 2019 |

### PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: On October 4, 2017, Rudy Wahchumwah signed his conditions of supervision relative to case number 2:11CR02090-SMJ-1, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Wahchumwah was made aware by his U.S. probation officer of the condition requiring that he maintain lawful employment unless otherwise authorized.<br><br>On May 27, 2018, Mr. Wahchumwah violated the above-stated condition of supervision by quitting his job.  On May 30, 2018, the undersigned officer contacted the offender's last known employer, Waste Management.  Collateral contact with Jessica, the on-site manager, |

Prob12C
Re: Wahchumwah, Rudy Lee
May 31, 2018
Page 2

    revealed the client had not been to work in approximately 2 weeks. Jessica stated, Mr. Wahchumwah's vehicle was repossessed from their employee parking lot approximately 2 weeks prior, and he had not been to work since. During the conversation with this officer, Jessica was informed by another employee that the offender reported to Waste Management to pick up his paycheck on May 25, 2018, then subsequently called in to resign on May 27, 2018. As of this date, the offender has failed to notify this officer of his change in employment.

2    **Special Condition #5**: The defendant shall live at an approved residence, and shall not change defendant's living situation without advance approval of the supervising officer.

    **Supporting Evidence**: On October 4, 2017, Rudy Wahchumwah signed his conditions of supervision relative to case number 2:11CR02090-SMJ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Wahchumwah was made aware by his U.S. probation officer of the condition requiring that he live at an approved residence and obtain advance approval prior to changing his living situation.

    On May 18, 2018, Mr. Wahchumwah violated the above-stated condition of supervision by absconding. On this date, the offender departed from his residence and has not returned. Collateral contact with another resident revealed on May 29, 2018, all personal items left in the apartment were collected by management as the offender had not yet paid his rent in full for the month of May 2018.

    The undersigned officer made multiple attempts to contact the offender, but all were unsuccessful. As of this date, the offender's whereabouts remain unknown.

The U.S. Probation Office respectfully recommends the Court issue **a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/31/2018

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

05/31/2018
Date